Georgia L. GILCHRIST, Plaintiff—
Appellant,

and

Marika G. Matthews, Plaintiff,

v.

Raman BAKSHI; United States De-
partment of Housing & Urban De-
velopment, Defendants—Appellees.

No. 10–1077.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2010.

Decided: July 29, 2010.

Georgia L. Gilchrist, Appellant Pro Se.
Raman Bakshi, Appellee Pro Se. Larry
David Adams, Assistant United States At-
torney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, GREGORY, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Georgia L. Gilchrist appeals the district
court's orders dismissing her civil action
against the United States Department of
Housing and Urban Development and Ra-
man Bakshi. We have reviewed the rec-
ord and find no reversible error. Accord-
ingly, we deny her motion for appointment
of counsel and affirm for the reasons stat-
ed by the district court. *Gilchrist v. Bak-
shi*, No. 8:09–cv–00415–RWT, 2009 WL
4909439 (D. Md. filed Dec. 10, 2009 &
entered Dec. 11, 2009; filed & entered Dec.
14, 2009). We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED.*